1  RONALD L. RICHMAN ( SBN 139189)
   SUSAN J. OLSON (SBN 152467)
2  ARLENA V. CARROZZI (SNB 250116)
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California  94108
4  Telephone:      415 352 2700
   Facsimile:       415 352 2701
5  e-mail:            ron.richman@bullivant.com
                     susan.olson@bullivant.com
6                    arlena.carrozzi@bullivant.com

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFREDO'S CONCRETE; a California business entity, and ALFREDO GARCIA ESQUIVEZ, an individual,<br><br>Defendants. | Case No.: CV 12-01607 SBA<br><br>**REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON** |

Plaintiffs Laborers Trust Funds respectfully request that this Court dismiss this entire action, without prejudice, on the following grounds.

On March 30, 2012, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and for a Mandatory Injunction ("Complaint").

– 1 –
REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON

Pursuant to the Complaint, Plaintiffs Laborers Trust Funds sought an audit of the books and records of Defendant Alfredo's Concrete.

Defendants Alfredo's Concrete and Alfredo Garcia Esquivez (collectively, "Defendants") did submit to the audit and no discrepancy was found; thus, the matter has been resolved without the necessity of further litigation.

Based on the above, Plaintiffs respectfully request that this Court dismiss this entire action, without prejudice.

DATED: June 19, 2012

BULLIVANT HOUSER BAILEY PC

By  ___/s/  *Arlena V. Carrozzi*_____
Ronald L. Richman
Susan J. Olson
Arlena V. Carrozzi

Attorneys for Plaintiffs

**ORDER**

Plaintiff Laborers Trust Funds having submitted its Request To Dismiss Case Without Prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

DATED: June 20, 2012

By _____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

12479669.1